```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID LEE TURNER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:12-cr-00106 MJS |
| Plaintiff, | STIPULATION RE: RESTITUTION; ORDER |
| v. | |
| DAVID LEE TURNER, | Judge: Hon. Michael J. Seng |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective counsel, Matthew A. McNease, Acting Legal Officer, National Park Service, Counsel for Plaintiff, and Andras Farkas, Assistant Federal Defender, counsel for Defendant, that Defendant David Lee Turner shall pay to Parker Kempf the sum of One Thousand Six Hundred Sixteen Dollars and Sixty-two Cents ($1,616.62) as restitution in the above-referenced matter.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  January 22, 2013          /s/ Matthew A. McNease
                                  MATTHEW A. McNEASE
                                  Acting Legal Officer
                                  National Park Service

|  |  |
|---|---|
|  | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| DATED: January 22, 2013 | /s/ Andras Farkas<br>ANDRAS FARKAS<br>Assistant Federal Defender<br>Attorney for Defendant<br>David Lee Turner |

ORDER

The Court, having reviewed the above stipulation and good cause appearing, IT IS HEREBY ORDERED THAT defendant David Lee Turner shall pay to Parker Kempf the sum of One Thousand Six Hundred Sixteen Dollars and Sixty-two Cents ($1,616.62) as restitution in the above-referenced matter.

IT IS SO ORDERED.

Dated:   January 23, 2013              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Turner - Stipulation Re: Restitution;
[Proposed] Order