JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID LEE TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:12-cr-00106 MJS |
| Plaintiff, | STIPULATION FOR AMENDMENT OF JUDGMENT AND ORDER TO PAY |
| v. | RE: TERM OF PROBATION ORDER |
| DAVID LEE TURNER, | |
| Defendant. | Judge: Hon. Michael J. Seng |

**Background**:

On November 20, 2012 Defendant, David Lee Turner, entered his plea of guilty to the charges in the above-referenced matter. One of the terms of said plea was that defendant would be placed on a term of unsupervised probation for a period of one year. At the time the parties entered the agreed-upon plea, it was their belief that the term of probation would commence at the time the plea was entered.

On February 13, 2013, Defendant was sentenced by the court. The Judgment and Order to Pay indicates Defendant was placed on "Unsupervised Probation for 12 months." The Judgment is silent as to the commencement date of that term of probation.

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective counsel, Matthew A. McNease, Acting Legal Officer, National Park Service, Counsel for Plaintiff, and Andras Farkas, Assistant Federal Defender, counsel for Defendant, that the 12-month period

of Unsupervised Probation in the above-referenced proceedings shall be in effect through November 20, 2013, at which time said term shall cease if Defendant has successfully complied with the remaining terms of probation as previously ordered. The parties further agree that the Judgment and Order to Pay may be amended by the Court to indicate the termination date of probation as November 20, 2013, as set forth hereinabove.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  February 20, 2013           /s/ Matthew A. McNease
                                    MATTHEW A. McNEASE
                                    Acting Legal Officer
                                    National Park Service


JOSEPH SCHLESINGER
Acting Federal Defender

DATED:  February 20, 2013           /s/ Andras Farkas
                                    ANDRAS FARKAS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    David Lee Turner

ORDER

The Court, having reviewed the above stipulation and good cause appearing, IT IS HEREBY ORDERED THAT the Judgment in this matter dated and filed February 13, 2013, shall be amended to show the term of Unsupervised Probation for defendant David Lee Turner shall run through November 20, 2013, at which time said term shall cease if Defendant has successfully complied with the remaining terms of probation as previously ordered. All remaining terms and conditions of the said February 13, 2013 Judgment and Order to Pay shall remain in full force and effect until otherwise ordered.

IT IS SO ORDERED.

Dated:   February 26, 2013          /s/ Michael J. Seng
                                    UNITED STATES MAGISTRATE JUDGE

Stipulation for Amendment of Judgment and Order
to Pay Re: Term of Probation; [Proposed] Order